IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELODY ANN HAVER,
INDIVIDUALLY AND AS
SPECIAL ADMINISTRATOR OF THE
ESTATE OF REX HAVER,

      Plaintiff,

vs.                                  No. CIV 25-0626 JB/JFR

FEDERAL EMERGENCY
MANAGEMENT AGENCY AND
DOES 1-20, INCLUSIVE,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed February 12, 2026 (Doc. 20)("Notice").  In the Notice, the Plaintiff voluntarily dismisses her case without prejudice.  See Notice at 1.  With no more claims, parties, or issues before the Court, the Court, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, enters final judgment.

**IT IS ORDERED** that: (i) the Plaintiff's claims are dismissed without prejudice; (ii) the Plaintiff's Complaint, filed July 2, 2025 (Doc. 1), is dismissed without prejudice; (iii) this case is dismissed without prejudice; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

*Counsel:*

Antonia Roybal-Mack
Amelia P. Nelson
Roybal-Mack & Cordova, P.C.
Albuquerque, New Mexico

     *Attorneys for the Plaintiff*

Nicholas M. Sydow
Brett C. Eaton
Cassandra C. Currie
Jena Ritchey
Carrie Y. Yang
Rafael Go
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

     *Attorneys for the Defendants*